# UNITED STATES DISTRICT COURT

_____ District of _____

Melissa Chu and
Jennifer Cho

      V.

Heriberto Torres

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 10195 WGY

TO: (Name and address of Defendant)

    Heriberto Torres
    22 Rutgers Street
    New Brunswick, NJ

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Darin M. Colucci
    COLUCCI, COLUCCI & MARCUS, P.C.
    552 Adams Street
    Milton, MA 02186
    (617)698-6000

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  2-1-05

```
***** A F F I D A V I T   O F   S E R V I C E  *****   5/20/05
SHERIFFS NUMBER..L  235828   DEFENDANT SEQUENCE 001 OF 001  OFFICER........KENF
TYPE OF SERVICE..........   SUMMONS AND COMPLAINT
                                                    FILED
                                               U.S. CLERKS OFFICE
I, JOSEPH C. SPICUZZO, SHERIFF OF MIDDLESEX COUNTY, DO HEREBY DEPUTIZE

           Dawn Dept            2005 JUN -7 P 1: 44
         ( PRINT OFFICER'S NAME )
  AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.
                                           U.S. DISTRICT COURT
*=============== ATTORNEY ===================*=DISTRICT OF MASS=*
                                                    CHECK #         AMOUNT
  COLUCCI COLUCCI & MARCUS                           9018             27.00

  552 ADAMS ST                                    CONTROL #   463780

  MILTON              MA  02186

========================================= COURT DATA ==========================DAWN
COURT OF ISSUANCE........ UNITED DISTRICT COURT
   RETURN  DATE  5/31/05   TIME  :           DAYS 00
   DOCKET....0510195WGY     STATE.... MA     COUNTY OF VENUE....NONE
======================================= CAPTION OF CASE =======================
INDIVIDUAL NAME.......... MELISSA         CHU, ET AL
  VS... HERIBERTO TORRES
=================DEFENDANT OR NAMED WITHIN TO BE SERVED========================
INDIVIDUAL NAME.......... HERIBERTO       TORRES
                        *=====================================================*
   ADDRESS 1............ |22 RUTGERS ST                                       |
   ADDRESS 2............ |SERVE BY MAY 31, 2005                               |
   TOWN/STATE/ZIP........ |NEW BRUNSWICK              NJ     08901            |
========================================= PAPERS SERVED =======================
SUMMONS AND COMPLAINT                       JURY DEMAND
OUT OF STATE-REQUIRES DESCRIPTION           GET MILITARY STATUS OF DEFENDANT

5/27/05  2000 hrs.  NO ANS.  AB


=============== S E R V I C E   D A T A   R E C O R D E D =====================
|✓|...SERVED SUCCESSFULLY    | |...UNABLE TO SERVE    DATE.. 5 -27 -05
                                                      TIME.. 20 : 10 : hrs.
REMARKS: defendant Apt is in rear of house Basement

        |✓|.....COPY PERSONALLY DELIVERED
        | |.....COPY LEFT WITH:
               COMPETENT HOUSEHOLD MEMBER OVER 14 YEARS     ATTEMPTS
               OF AGE RESIDING THEREIN
        | |.....DULY SERVED ON SELF/SPOUSE AT THEIR ABODE
PERSON SERVED..........

                             | |...IS IN THE MILITARY |✓|...NOT IN THE MILITARY
SEX    : |✓| MALE    | | FEMALE
SKIN   : | | WHITE   | | BLACK    | | YELLOW  |✓| BROWN   | | RED
HEIGHT : | | UNDER 5 FEET | | 5.0-5.6FT  |✓| 5.7-6.0  | | OVER 6FT
WEIGHT : | | UNDER 100LBS  | | 100-150LBS  |✓| 151-200LBS | | OVER 200LBS
HAIR   : | | BLACK   | | BROWN    |✓| BLOND   | | GRAY | | RED | | WHITE |✓| BALDING
AGE    : | | 14-20   | | 21-35    |✓| 36-50   | | 51-65    | | OVER 65

SWORN TO AND SUBSCRIBED BEFORE ME
ON  May 31, 2005                                      _____
                                                            SIGNATURE
     DAWN M. OLIVER                                DEPUTY SHERIFF OF MIDDLESEX COUNTY
 NOTARY PUBLIC OF NEW JERSEY                             STATE OF NEW JERSEY
 Commission Expires 3/19/2010
```