UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISSA CHU, ET AL.,<br>    Plaintiffs<br><br>V.<br><br>HERIBERTO TORRES,<br>    Defendant | )<br>)<br>)<br>)    CIVIL NO. 05-10195 WGY<br>)<br>)<br>) |

**ANSWER OF THE DEFENDANT,
HERIBERTO TORRES,
AND DEMAND FOR JURY TRIAL**

## PARTIES

1. The Defendant can neither admit nor deny the allegations of Paragraph 1 of the Complaint because he is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

2. The Defendant can neither admit nor deny the allegations of Paragraph 2 of the Complaint because he is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

3. The Defendant denies the allegations of Paragraph 3 of the Complaint.

## FACTS

4. The Defendant can neither admit nor deny the allegations of Paragraph 4 of the Complaint because he is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

5. The Defendant can neither admit nor deny the allegations of Paragraph 5 of the Complaint because he is without knowledge or information sufficient to form a belief as to the truth of the said allegations.

1

6. The Defendant denies the allegations of Paragraph 6 of the Complaint.

7. The Defendant denies the allegations of Paragraph 7 of the Complaint.

8. The Defendant denies the allegations of Paragraph 8 of the Complaint.

## COUNT I

## NEGLIGENCE

9. The Defendant incorporates herein by reference his answers to Paragraphs 1 through 9 of this Answer as if set forth word for word.

10. The Defendant denies the allegations of Paragraph 10 of the Complaint.

11. The Defendant denies the allegations of Paragraph 11 of the Complaint.

## COUNT II

## NEGLIGENCE

12. The Defendant incorporates herein by reference his answers to Paragraphs 1 through 11 of this Answer as if set forth word for word.

13. The Defendant denies the allegations of Paragraph 13 of the Complaint.

12(sic). The Defendant denies the allegations of Paragraph 12 of the Complaint.

## AFFIRMATIVE DEFENSE

### First Affirmative Defense

And further answering, the Defendant says that the Complaint fails to state a claim against the Defendant upon which relief can be granted.

### Second Affirmative Defense

And further answering, the Defendant says that the Court lacks subject matter jurisdiction.

### Third Affirmative Defense

And further answering, the Defendant says that the Court lacks personal jurisdiction.

### Fourth Affirmative Defense

And further answering, the Defendant says that this action was not commenced within the time prescribed by the applicable statutes of limitations.

### Fifth Affirmative Defense

And further answering, the Defendant says that process was insufficient and improper.

### Sixth Affirmative Defense

And further answering, the Defendant says that service of process was insufficient and improper.

### Seventh Affirmative Defense

And further answering, the Defendant says that this action is barred by the Statute of Repose.

### Eighth Affirmative Defense

And further answering, the Defendant says that all or some of the Plaintiff's claims are barred by the doctrine of estoppel.

### Ninth Affirmative Defense

And further answering, the Defendant says that the Plaintiff is guilty of laches in bring this action is therefore barred from recovery.

### Tenth Affirmative Defense

And further answering, the Defendant says that the Plaintiff's damages should be barred in whole or in part due to a failure to mitigate.

### Eleventh Affirmative Defense

And further answering, the Defendant says that there is no negligence, gross negligence, willful, wanton or malicious misconduct, reckless indifference, or reckless disregard toward the Plaintiff, or malice, (actual, legal or otherwise) on the part of the Defendant toward the Plaintiff.

### Twelfth Affirmative Defense

And further answering, the Defendant says that if the Plaintiff suffered any damage or injury herein, it resulted from a risk which Plaintiff voluntarily, knowingly and willingly assumed.

### Thirteenth Affirmative Defense

And further answering, the Defendant says that the Plaintiff is barred from recovery because the acts for which he complains were caused by the acts or omission of third persons for whom the Defendant exercised no control over and for whose conduct the Defendant bears no responsibility.

### Fourteenth Affirmative Defense

And further answering, the Defendant says that the Plaintiff's action and any damages are barred in whole by the comparative fault of the Plaintiff.

### Fifteenth Affirmative Defense

And further answering, the Defendant says that if the Plaintiff is entitled to recover against the Defendant which the Defendant denies, than any recovery must be reduced in accordance with the comparative fault of the Plaintiff.

### Sixteenth Affirmative Defense

Plaintiff's claims should be dismissed due to improper venue.

Wherefore, the Defendant demands that the Complaint be dismissed and that judgment enter thereon for Defendant, together with costs.

## DEMAND FOR JURY TRIAL

The Defendant demands a trial by jury.

        Heriberto Torres
        By his attorney,

        Michael D. Urban
        B.B.O. No. 565757
        Law Offices of Jacqueline L. Allen
        262 Washington Street, Suite 601
        Boston, MA 02108
        617-878-4618

## CERTIFICATE OF SERVICE

I, Michael D. Urban, attorney for the Defendant, Heriberto Torres, in the above-entitled action, hereby certify that on the 14 day of June, 2005, I mailed a copy of the within Answer, postage prepaid, to:

Darin M. Colucci, Esquire
Colucci & Colucci, P.C.
424 Adams Street
Milton, MA 02186

Michael D. Urban
B.B.O. No. 565757
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4618