UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELISSA CHU, ET AL., )
    Plaintiffs )
     )
V. )    CIVIL NO. 05-10195 WGY
     )
HERIBERTO TORRES, )
    Defendant )

## LR 16.1 JOINT STATEMENT

NOW COME the parties and submit their Joint Statement, pursuant to LR 16.1, as follows:

A.    Discovery

Joint Position

1. Plaintiff and Defendant to Answer Interrogatories

   10/1/05

2. Plaintiff and Defendant Respond to Requests for Production of Documents

   10/1/05

3. Depose Plaintiff

   11/1/05

4. Depose Defendant

   12/1/05

5. Plaintiff's Expert Disclosure

   1/1/06

6. Depose Plaintiff's Expert

   2/1/06

7. Defendant's Expert Disclosure

   4/1/06

8. Depose Defendant's Expert

---

*Handwritten annotation:*

July 6, 2005
YOUNG, D.J.
So ordered as the case management scheduling order.
Discovery due June 1, 2006
Dispositive Motions due July 1, 2006

/s/ William G. Young
U.S. District Judge

      5/1/06

    9. Complete all Depositions of Non-Party Witnesses

      6/1/06

    10. Close Discovery

      6/1/06

B.   Motions

  <u>Joint Position</u>

    1. Defendant's Rule 12 Motion to Dismiss based on lack of personal jurisdiction

      8/1/05

    2. Rule 14 Motions to Add 3rd Parties

      9/15/05

    3. Rule 56 Motion for Summary Judgment

      7/1/06

C.   Certification as to LR16.1(D)(3)

  <u>Plaintiff's Position</u>

    1. See Attached Certification

  <u>Defendant's Position</u>

    1. See Attached Certification

Date: 7/5/05

Melissa Chu and Jennifer Cho
By Their Attorney

_Darin M. Colucci_ (v/k)
Darin M. Colucci, Esquire
BBO No. 563232
Colucci, Colucci & Marcus, PC
552 Adams Street
Milton, MA 02186
617/698-6000

Heriberto Torres
By His Attorney

Dated: 7/5/05

_____
Michael D. Urban
B.B.O. No. 565757
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4618

## CERTIFICATE OF SERVICE

I, Michael D. Urban, attorney for the Defendant, Heriberto Torres, in the above-entitled action, hereby certify that on the __5__ day of July, 2005, I mailed a copy of the within LR 16.1 Joint Statement, postage prepaid, to:

Darin M. Colucci, Esquire
Colucci, Colucci & Marcus, PC
552 Adams Street
Milton, MA 02186

_____
Michael D. Urban
B.B.O. No. 565757
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4618