UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISSA CHU, ET AL.,<br>    Plaintiffs | )<br>)<br>) |
| V. | )    CIVIL NO. 05-10195 WGY<br>) |
| HERIBERTO TORRES,<br>    Defendant | )<br>)<br>) |

### LR 16.1 JOINT STATEMENT

NOW COME the parties and submit their Joint Statement, pursuant to LR 16.1, as follows:

   A.   Discovery

      Joint Position

      1. Plaintiff and Defendant to Answer Interrogatories

         10/1/05

      2. Plaintiff and Defendant Respond to Requests for Production of Documents

         10/1/05

      3. Depose Plaintiff

         11/1/05

      4. Depose Defendant

         12/1/05

      5. Plaintiff's Expert Disclosure

         1/1/06

      6. Depose Plaintiff's Expert

         2/1/06

      7. Defendant's Expert Disclosure

         4/1/06

      8. Depose Defendant's Expert

---

*[Handwritten annotation:]*

July 6, 2005
YOUNG, D.J.
So ordered as the case management scheduling order.
Discovery due June 1, 2006
Dispositive Motions due July 1, 2006

William G. Young
U.S. District Judge

5/1/06

9. Complete all Depositions of Non-Party Witnesses

6/1/06

10. Close Discovery

6/1/06

B. Motions

<u>Joint Position</u>

1. Defendant's Rule 12 Motion to Dismiss based on lack of personal jurisdiction

8/1/05

2. Rule 14 Motions to Add 3rd Parties

9/15/05

3. Rule 56 Motion for Summary Judgment

7/1/06

C. Certification as to LR16.1(D)(3)

<u>Plaintiff's Position</u>

1. See Attached Certification

<u>Defendant's Position</u>

1. See Attached Certification

Melissa Chu and Jennifer Cho
By Their Attorney

Date: 7/5/05

_Darin M. Colucci_ (via)
Darin M. Colucci, Esquire
BBO No. 563232
Colucci, Colucci & Marcus, PC
552 Adams Street
Milton, MA 02186
617/698-6000

Heriberto Torres
By His Attorney

Dated: 7/5/05

_____
Michael D. Urban
B.B.O. No. 565757
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4618

## CERTIFICATE OF SERVICE

I, Michael D. Urban, attorney for the Defendant, Heriberto Torres, in the above-entitled action, hereby certify that on the __5__ day of July, 2005, I mailed a copy of the within LR 16.1 Joint Statement, postage prepaid, to:

Darin M. Colucci, Esquire
Colucci, Colucci & Marcus, PC
552 Adams Street
Milton, MA 02186

_____
Michael D. Urban
B.B.O. No. 565757
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4618