UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELISSA CHU and )
JENNIFER CHO, )
    Plaintiffs )
        v. )    Civil Action No.: 05-10195 WGF
)
HERIBERTO TORRES, )
    Defendants )
)

### PLAINTIFF'S CERTIFICATION PURSUANT TO RULE 16.1(3)

The undersigned hereby certify that they have conferred regarding the establishment of a budget for the costs of conducting the full course, along with alternative courses, of this litigation. The plaintiff has agreed to participate in any alternative dispute resolution the parties agree to engage in.

In addition the Plaintiff has served defendant with a settlement demand in the amount of $150,000.00 for each of the two plaintiffs.

        Respectfully submitted,

        COLUCCI, COLUCCI & MARCUS, P.C.

        *[signature]*
        Sarah F. Jubinville, BBO# "pending"
        552 Adams Street
        Milton, MA 02186
        (617) 698-6000

Dated: July 5, 2005

COLUCCI,
COLUCCI &
MARCUS, P.C.
552 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-1262