UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MELISSA CHU, ET AL., )
Plaintiffs )
)
V. ) CIVIL NO. 05-10195 WGY
)
HERIBERTO TORRES, )
Defendant )

### LR 16.1(D)(3) CERTIFICATION

1. I, Heriberto Torres, hereby certify that I have discussed with my counsel, Michael D. Urban, Esq., budgeting and alternate dispute resolution per LR 16.1(D)(3)(a) and (b).

2. I, Michael D. Urban, Esq., hereby certify that I have discussed with the Defendant, Heriberto Torres, budgeting and alternate dispute resolution per LR 16.1(D)(3)(a) and (b).

Dated: 6/29/05

_____
Heriberto Torres
Defendant

Dated: 7/5/05

_____
Michael D. Urban
B.B.O. No. 565757
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4618

SWORN BEFORE ME THIS
30 DAY OF JUNE, 2005
COUNTY OF BURLINGTON
STATE OF NEW JERSEY

_____
My commission expires Jan. 29, 2005