UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISSA CHU, ET AL., ) <br>     Plaintiffs ) <br> ) <br> V. ) <br> ) <br> HERIBERTO TORRES, ) <br>     Defendant ) | CIVIL NO. 05-10195 WGY |

### DEFENDANT, HERIBERTO TORRES', MOTION TO DISMISS

1. The Defendant, Heriberto Torres (hereinafter "Torres"), moves this honorable court to dismiss the plaintiff's complaint pursuant to the Federal Rules of Civil Procedure Rule 12(b)(2).

2. The defendant states that this action should be dismissed as this court has no personal jurisdiction over the non-resident defendant.

3. In support of this motion, Torres relies upon the pleadings, affidavits and accompanying memorandum of law.

4. LR 7.1 Certification: I hereby certify that I have conferred with opposing counsel in a good faith effort to seek concurrence in this motion but that plaintiff's counsel does not concur.

                                                    Heriberto Torres,
                                                    By his attorney,
                                                    /s/ Michael D. Urban
                                                    Michael D. Urban, Esq.
                                                    B.B.O. No. 565757
                                                    Law Offices of Jacqueline L. Allen
                                                    262 Washington Street, Suite 601
                                                    Boston, MA 02108
                                                    617-878-4618
                                                    michael.urban@cna.com

**CERTIFICATE OF SERVICE**

I, Michael D. Urban, attorney for the Defendant, Heriberto Torres, in the above-entitled action, hereby certify that on the 1st day of August, 2005, I filed this Motion to Dismiss electronically with the Court, which constitutes service under the Local Rules upon the following counsel:

Darin M. Colucci, Esquire
Colucci, Colucci & Marcus, PC
552 Adams Street
Milton, MA 02186

/s/ Michael D. Urban
Michael D. Urban
B.B.O. No. 565757
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4618
michael.urban@cna.com