UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                Civil Action
                                                                No: <u>05-10195-WGY</u>

CHU
Plaintiff

v.

TORRES
Defendant

<u>ORDER OF TRANSFER</u>

YOUNG, C.J.

      In accordance with the Court's Order dated  OCT. 5, 2005 , the above-entitled action is hereby transferred  to USDC for the District of New Hampshire                              .

                                                           By the Court,

                                                           /s/ Elizabeth Smith
                                                           _____
                                                           Deputy Clerk

October 12, 2005

To:  All Counsel